UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
CARPENTERS HEALTH & SECURITY           )
SECURITY TRUST OF WESTERN              )
WASHINGTON, *et al.*,                  )
                                       )   Case No. C12-1223RSL
                    Plaintiffs,        )
       v.                              )
                                       )   ORDER DENYING MOTION TO
IRVING DIEDRICH CONSTRUCTION, INC.,    )   COMPEL
                                       )
                    Defendants.        )
_____)

      This matter comes before the Court on plaintiff's unopposed "Motion for Order to Compel Production of Records." Dkt. # 11. Plaintiff obtained a default against defendant Irving Diedrich Construction, Inc., and now seeks an order compelling defendant to produce documents necessary for the calculation of damages.

      Plaintiff has not, however, shown that it is entitled to an order compelling production under Fed. R. Civ. P. 37. Plaintiff does not seek to compel a disclosure required by Fed. R. Civ. P. 26(c) and has not shown that relevant requests for production, interrogatories, requests for admission, or deposition notices were properly served. Although plaintiff's counsel asserts in her declaration that requests for production were served with the summons and complaint (Dkt. # 12 at ¶ 3), she has not produced a copy of the requests and neither her prior declaration in this matter (Dkt. # 9 at ¶ 2) nor the "Affidavit of Mailing of Summons and

ORDER DENYING MOTION TO COMPEL

Complaint" (Dkt. # 4) mention their existence or service. The limited information provided makes it impossible for the Court to determine whether the records plaintiff now seeks are within the scope of the purported requests for production.

Even if the Court assumes that discovery requests were served and that they covered the documents plaintiff now seeks to obtain, the requests were apparently served in contravention of Fed. R. Civ. P. 26(d)(1). There is no evidence that the parties have engaged in a Rule 26(f) conference, and plaintiff has not obtained permission of the Court to initiate discovery prior to that conference. Thus, discovery served with the summons and complaint was unauthorized and premature. In the circumstances presented here, the Court declines to enforce discovery requests served in contravention of the governing rules.

For all of the foregoing reasons, plaintiff's motion to compel is DENIED. Plaintiff is hereby authorized to serve discovery on defendant notwithstanding the fact that the parties have not conferred as required by Fed. R. Civ. P. 26(f).

Dated this 7th day of January, 2013.

Robert S. Lasnik
United States District Judge