1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8    _____
                                             )
9    CARPENTERS HEALTH & SECURITY            )
     SECURITY TRUST OF WESTERN               )
10   WASHINGTON, *et al.*,                    )
                                             )        Case No. C12-1223RSL
11                          Plaintiffs,      )
                  v.                         )
12                                           )        ORDER DENYING MOTION TO
     IRVING DIEDRICH CONSTRUCTION, INC., )            COMPEL
13                                           )
                            Defendants.      )
14   _____)

15

16          This matter comes before the Court on plaintiff's unopposed "Motion for Order to

17   Compel Production of Records."  Dkt. # 11.  Plaintiff obtained a default against defendant Irving

18   Diedrich Construction, Inc., and now seeks an order compelling defendant to produce documents

     necessary for the calculation of damages.

19

20          Plaintiff has not, however, shown that it is entitled to an order compelling

21   production under Fed. R. Civ. P. 37.  Plaintiff does not seek to compel a disclosure required by

22   Fed. R. Civ. P. 26(c) and has not shown that relevant requests for production, interrogatories,

23   requests for admission, or deposition notices were properly served.  Although plaintiff's counsel

24   asserts in her declaration that requests for production were served with the summons and

25   complaint (Dkt. # 12 at ¶ 3), she has not produced a copy of the requests and neither her prior

26   declaration in this matter (Dkt. # 9 at ¶ 2) nor the "Affidavit of Mailing of Summons and

1  Complaint" (Dkt. # 4) mention their existence or service.  The limited information provided
2  makes it impossible for the Court to determine whether the records plaintiff now seeks are within
3  the scope of the purported requests for production.

4          Even if the Court assumes that discovery requests were served and that they
5  covered the documents plaintiff now seeks to obtain, the requests were apparently served in
6  contravention of Fed. R. Civ. P. 26(d)(1).  There is no evidence that the parties have engaged in
7  a Rule 26(f) conference, and plaintiff has not obtained permission of the Court to initiate
8  discovery prior to that conference.  Thus, discovery served with the summons and complaint was
9  unauthorized and premature.  In the circumstances presented here, the Court declines to enforce
10  discovery requests served in contravention of the governing rules.

11

12          For all of the foregoing reasons, plaintiff's motion to compel is DENIED.  Plaintiff
13  is hereby authorized to serve discovery on defendant notwithstanding the fact that the parties
14  have not conferred as required by Fed. R. Civ. P. 26(f).

15
16
17          Dated this 7th day of January, 2013.

18          _MMr S Casnik_
19          Robert S. Lasnik
            United States District Judge
20
21
22
23
24
25
26

ORDER DENYING MOTION TO COMPEL          -2-